NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHRISTOPHER CORNELIUS SCOTT,    )
                                )
          Appellant,            )
                                )
v.                              )        Case No. 2D17-3258
                                )
STATE OF FLORIDA,               )
                                )
          Appellee.             )
_____)

Opinion filed May 8, 2019.

Appeal from the Circuit Court for Pinellas
County; Michael F. Andrews, Judge.

James Dickson Crock, Special Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Brian H. Zack, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.


          Affirmed.

MORRIS, SALARIO, and BADALAMENTI, JJ., Concur.